Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of metal seals for bottles and metal disks or caps, not decorated, colored, waxed, lacquered, enameled, lithographed, electroplated, nor embossed in color, the same in all material respects as the merchandise the subject of *Cribari & Sons* v. *United States* (1 Cust. Ct. 19, C. D. 6), the claim of the plaintiff was sustained.

No. 61425.—J. E. Bernard & Company et al. v. United States, protests 129770–K/1099, etc. (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of electrical sockets similar in all material respects to those the subject of *National Carloading Corp.* v. *United States* (44 C. C. P. A. 77, C. A. D. 640), the claim of the plaintiffs was sustained.

No. 61426.—Jay R. Jones International v. United States, protests 134878–K/1377 and 146891–K/1376 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of electrical sockets similar in all material respects to those the subject of *National Carloading Corp.* v. *United States* (44 C. C. P. A. 77, C. A. D. 640), the claim of the plaintiff was sustained.

### DECEMBER 26, 1957

No. 61427.—American Whaling Company, Inc. v. United States, protest 229712–K. C. D. 1930. Plaintiff's application for rehearing denied.

No. 61428.—Ross Products, Inc. v. United States, protests 280784–K and 293380–K.— C. D. 1927. Plaintiff's application for rehearing granted.

### DECEMBER 23, 1957

No. 61429.—SUITS 4899/4900.—United States v. American Bitumuls & Asphalt Co. et al. and American Bitumuls & Asphalt Co. et al. v. United States,